158 F.3d 491
 98 Daily Journal D.A.R. 11,189
 CHURCHILL COUNTY, a political subdivision of the State of
Nevada; City of Fallon, a political subdivision
of the State of Nevada, Plaintiffs-Appellants,
v.
Bruce BABBITT, in his official capacity as Secretary of the
Interior; William Bettenberg, in his official capacity as
Assistant Director, Office of Policy Analysis, Department of
Interior; Jeffery Zippin, in his official capacity as Team
Leader,Truckee-Carson Coordination Office, Department of
Interior; Ronald Anglin, in his official capacity as Refuge
Manager; Stillwater National Wildlife Refuge, Department of
Interior; Marvin Plenert, in his official capacity as
Regional Director of the United States Fish and Wildlife
Services; John Doebel, in his official capacity as
Assistant Regional Director of the United States Fish and
Wildlife Services; Ann Ball, in her official capacity as
Project Manager of Bureau of Reclamation Lahontan Basin
Project Office, Defendants-Appellees,
and
Sierra Pacific Power Company, Intervenor.
CHURCHILL COUNTY, a political subdivision of the State of
Nevada; City of Fallon, a political subdivision of the
State of Nevada, Plaintiffs-Appellees, Sierra Pacific Power
Company, Intervenor-Appellant,
v.
Bruce BABBITT, in his official capacity as Secretary of the
Interior, Defendant.
 Nos. 97-15508, 97-15813.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 29, 1998.
 
 1
 Appeal from the United States District Court for the District of Nevada; Edward C. Reed, Jr., District Judge, Presiding. D.C. Nos. CV-95-00724-ECR, CV-96-00146-ECR.
 
 
 2
 The opinion filed July 15, 1998 [150 F.3d 1072], is hereby amended.
 
 
 3
 On page 7499 of the slip opinion [150 F.3d at 1079], the last sentence in paragraph 6 is amended by deleting the words "in the absence of a PEIS examining their combined effects".
 
 
 4
 The partial paragraph at the top of page 7501 [150 F.3d at 1080] is amended by deleting the words "caused by the FWS's failure to prepare a PEIS,".
 
 
 5
 The first full paragraph at the top of page 7502 [150 F.3d at 1080] is amended by deleting the words "prior to producing a PEIS".
 
 
 6
 At the end of the partial paragraph at the top of page 7492 [150 F.3d at 1076, end of first paragraph]a footnote should be added to read as follows:
 
 
 7
 "On this appeal we address only the standing of the local governments and the intervention of right of the local power utility. We make no judgment concerning the merits of this action."
 
 
 8
 With these amendments, the panel has voted to deny the petition for rehearing.
 
 
 9
 So ordered.